# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SCHWEIHS,<br><br>                Plaintiff,<br><br>vs.<br><br>AMERICREDIT FINANCIAL SERVICES, INC., a corporation, and GM FINANCIAL COMPANY, INC., and DOES 1-10,<br><br>                Defendants. | Case No: 3:16-CV-02977-L-NLS<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), the Joint Motion for Dismissal of Action with Prejudice is GRANTED. This action is DISMISSED WITH PREJUDICE. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: February 27, 2017

_____
Hon. M. James Lorenz
United States District Judge